## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: York County Tax Claim Bureau | : | |
| | : | |
| Emeka Kingsley Oguejiofor and | : | |
| Wecan Transport Incorporated | : | No. 838 C.D. 2019 |
| and Konstantinos G. Sgagios | : | |
| | : | |
| Appeal of:  Emeka Kingsley Oguejiofor | : | |
| and Wecan Transport Incorporated | : | |
| | | |
| In Re: York County Tax Claim Bureau, | : | |
| Emeka Kingsley Oguejiofor and | : | |
| Wecan Transport Incorporated, and | : | |
| Konstantinos G. Sgagios | : | No. 1250 C.D. 2019 |
| | : | |
| Appeal of: Emeka Kingsley | : | |
| Oguejiofor and Wecan Transport | : | **CASES CONSOLIDATED** |
| Incorporated | : | |

**PER CURIAM**                    **O R D E R**

NOW, February 24, 2021, having considered Appellants' application for reconsideration/reargument, the application is denied.